UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RAQUEL GEARY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil No. SA-17-cv-00152-OLG |
| § | |
| MUTUAL OF OMAHA INSURANCE § | |
| COMPANY, § | |
| § | |
| *Defendant.* § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Plaintiff Raquel Geary's unopposed motion to dismiss all claims against Defendant Mutual of Omaha Insurance Company with prejudice (docket no. 10). The Court finds that the Motion is well taken. It is therefore:

ORDERED that Plaintiff Raquel Geary's Motion to Dismiss all claims against Defendant Mutual of Omaha Insurance Company with prejudice is GRANTED, and all claims and causes of action by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

The costs of court and attorney's fees are to be borne by the party incurring same, and the case is closed.

It is so ORDERED.

SIGNED this 24 day of January, 2018.

_____
ORLANDO L. GARCIA
Chief United States District Judge